Printed on: 12/31/2024
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 20-15101 (JNP)

Melissa A. Hazelton and Lauren M. Foster
137 Applewood Drive
Swedesboro, NJ  08085

Monthly Payment: $776.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/02/2024 | $776.00 | 03/04/2024 | $776.00 | 04/01/2024 | $776.00 | 05/02/2024 | $776.00 |
| 06/03/2024 | $776.00 | 07/01/2024 | $776.00 | 08/01/2024 | $776.00 | 08/30/2024 | $776.00 |
| 10/02/2024 | $776.00 | 11/01/2024 | $776.00 | 12/02/2024 | $776.00 | 12/30/2024 | $776.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MELISSA A. HAZELTON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | LAW OFFICES OF LEE M. PERLMAN | 13 | $3,815.00 | $3,815.00 | $0.00 | $0.00 |
| 1 | AFFIRM INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,496.02 | $4,125.98 | $370.04 | $948.46 |
| 3 | CAPITAL MANAGEMENT SERVICES, LP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CITIBANK, N.A. | 33 | $12,042.25 | $11,051.13 | $991.12 | $2,540.31 |
| 5 | DISCOVER BANK | 33 | $4,882.75 | $4,480.88 | $401.87 | $1,030.01 |
| 6 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | SANTANDER CONSUMER USA, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | KOHLS/CAPITAL ONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | NAVIENT SOLUTIONS, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | PENNYMAC LOAN SERVICES, LLC | 24 | $852.49 | $852.49 | $0.00 | $0.00 |
| 11 | PHILLIPS & COHEN ASSOCIATES, LTD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | SELIP & STYLIANOU, LLP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | SYNCHRONY BANK | 33 | $4,091.38 | $3,754.65 | $336.73 | $863.09 |
| 14 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | WELLS FARGO BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | LAUREN M. FOSTER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | LEE MARTIN PERLMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | DISCOVER BANK | 33 | $451.69 | $414.51 | $37.18 | $95.28 |
| 20 | PNC BANK, N.A. | 33 | $10,055.15 | $9,227.57 | $827.58 | $2,121.09 |
| 21 | SYNCHRONY BANK | 33 | $597.53 | $548.35 | $49.18 | $126.05 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2020 | 6.00 | $0.00 |
| 10/01/2020 | Paid to Date | $4,760.00 |
| 11/01/2020 | 53.00 | $776.00 |
| 04/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $9,312.00 |
| Total paid to creditors this period: | $7,724.29 |
| Undistributed Funds on Hand: | $1,396.80 |
| Arrearages: | $0.00 |
| Attorney: | LAW OFFICES OF LEE M. PERLMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**